IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
~~Middle~~ Northern DIVISION

Jesse Helms
Greil Hospital
2140 Upper Wetumpka Rd
Montgomery, Alabama 36107         Plaintiff(s),

v.

Greil Hospital
Alabama State Department of Mental
Health and Mental Retardation
100 N. Union Street
RSA Building
Montgomery Alabama 36104         Defendant(s).

CIVIL ACTION NO.

2:06cv958-MHT

**COMPLAINT**

1. Plaintiff(s)' address and telephone number: Greil Hospital 2140 Upper Wetumpka Rd, Montgomery, Alabama    334-265-3496

2. Name and address of defendant(s): Allen Stewart - Director - Greil Hospital 2140 Upper Wetumpka Rd, Montgomery Alabama. John Houston Commissioner - Alabama Dept of Health and Mental Retardation 100 N. Union Street - RSA Building Montgomery Alabama 36104

3. Place of alleged violation of civil rights: Greil Hospital

4. Date of alleged violation of civil rights: June 2006 - ongoing

5. State the facts on which you base your allegation that your constitutional rights have been violated: Constitution Right - to be safe and secure in my home. I am now locked up at Greil Hospital instead of being at home. I feel that I should not be on any psychiatric medicine. I have the constitutional and civil right not to take psychiatric medicine and/or other treatment. I am being slandered and libeled being falsely accused of having a mental illness. I disagree with the psychiatric diagnosis made in regard to me. Staff has been telling me since June 2006 - that I would go to a group home, but it hasn't happened

1

6. Relief requested: I want the Judge to release me from Greil Hospital. I want $6 million dollars damages. The psychiatric medicine is destroying my brain. I have brain damage from all these psychiatric medicines.

Date: Oct 19, 2006

*Jessie Holmes*
Plaintiff(s) Signature

Would you please appoint me a lawyer. I cannot afford to pay for a lawyer. Thank you!

2