IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JESSIE HOLMES, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv958-MHT |
| ) | |
| GREIL HOSPITAL, et al., ) | |
| ) | |
|    Defendants. ) | |

## ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge assigned to this case for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 26th day of October, 2006.

                                       /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE