IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSIE HOLMES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv958-MHT |
| | ) |
| GREIL HOSPITAL, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

On October 23, 2006, the *pro se* petitioner filed a complaint challenging his confinement at Greil Hospital, a psychiatric hospital. He also filed a motion to proceed *in forma pauperis*. Upon consideration of the motion to proceed *in forma pauperis*, and for good cause, it is

ORDERED that the motion to proceed *in forma pauperis* be and is hereby GRANTED.

Because the petitioner challenges his confinement in a psychiatric hospital, the complaint is properly construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Magistrate Judge has reviewed the § 2241 petition for writ of habeas corpus and determined that such petition cannot be properly and effectively processed by the court without a response from the respondents. Accordingly, it is

ORDERED that the respondents shall file an answer within 20 days of service. The

clerk is DIRECTED to provide a copy of the petition and this order to the Attorney General for the State of Alabama, General Counsel for the Alabama Department of Mental Health, Allen Stewart, the Director of Greil Hospital, and John Houston, the Commissioner of the Alabama Department of Mental Health and Mental Retardation.

The Federal Rules of Civil Procedure require that the petitioner mail to the lawyer for the respondents a true copy of anything which is sent to the court. Consequently, the petitioner is advised that he must mail to the Attorney General for the State of Alabama a true copy of anything which he sends to the court. Anything sent to the court should specifically state that it has been sent to the Attorney General for the State of Alabama. Failure to comply with the directives of this order may result in delaying resolution of this case. Moreover, the petitioner is specifically **CAUTIONED** that his failure to file pleadings in conformity with the *Federal Rules of Civil Procedure* and/or the directives contained in this order will result in such pleadings not being accepted for filing. The CLERK is DIRECTED to not accept for filing any pleadings submitted by the petitioner which are not in compliance with either the *Federal Rules of Civil Procedure* or the directives contained in this order.

Done this 26th day of October, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE