# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Jessie Holmes

V.

Jessie Holmes

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:06-cv-00958-MHT

TO: (Name and address of Defendant)

John Houston, Commissioner
Mental Health & Mental Retardation Department for
the State of Alabama
100 North Union Street
Montgomery, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Holmes
Greil Hospital          (Pro-se)
2140 Upper Wetumpka Rd.
Montgomery, AL 36107

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  10/26/06

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Jessie Holmes

V.

Jessie Holmes

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:06-cv-00958-MHT

TO: (Name and address of Defendant)

Allen Stewart,
Director of Greil Hospital
2140 Upper Wetumpka Rd.
Montgomery, AL 36107

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Holmes
Greil Hospital            (Pro-se)
2140 Upper Wetumpka Rd.
Montgomery, AL 36107

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                             10/26/06

CLERK                                         DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

    Middle    District of    Alabama

Jessie Holmes

V.

Jessie Holmes

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:06-cv-00958-MHT

TO: (Name and address of Defendant)

Troy King,
Attorney General for the State of AL
11 South Union Street
Montgomery, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Holmes
Greil Hospital        (Pro-se)
2140 Upper Wetumpka Rd.
Montgomery, AL 36107

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    10/26/06

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Jessie Holmes

V.

Jessie Holmes

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:06-cv-00958-MHT

TO: (Name and address of Defendant)

General Counsel for the Alabama Department of
Mental Health
100 North Union Street
Montgomery, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Holmes
Greil Hospital          (Pro-se)
2140 Upper Wetumpka Rd.
Montgomery, AL 36107

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    10/26/06

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                       Date                                                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.