**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Allen Stewart,
Director of Greil Hospital
2140 Upper Wetumpka Rd.
Montgomery, AL 36107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Linda Moss*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): *Linda Moss*
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv958
Summons, Petition

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3837

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540