Jesse Holmes - Plaintiff
Breil Hospital
2140 Upper Wetumpka
Montgomery, Alabama 36107

November 11, 2006
Saturday

vs. Defendants
Alabama State Dept. of Mental Health and Mental Retardation
Breil Hospital         Case # 2:06 cv 958

Dear US Magistrate Charles Coody

I, Jesse Holmes - Plaintiff in this action against the Alabama Dept of Mental Retardation and Mental Health and Breil Hospital (Writ of Habeas Corpus and 1st Million dollar lawsuit), CANNOT afford to pay an attorney to represent me in these actions.

Have you made any progress in finding me a lawyer? Please appoint me a lawyer. Have you received all my letters. I know there is a Federal Public Defender Office. Maybe one of their lawyers could represent me. Thank you for your assistance.

I hope that my Writ of Habeas Corpus petition will be scheduled for a hearing shortly.

Respectfully submitted,
Jesse Holmes