IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JESSIE HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:06cv958-MHT |
| | ) | |
| GREIL HOSPITAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the plaintiff's motion for appointment of counsel (doc. # 8) filed on November 15, 2006.  Upon the court's review of the complaint filed in this case, the court concludes that this case does not present exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner, which justify the appointment of counsel.  Accordingly, it is

ORDERED that the motion for appointment of counsel is DENIED.

Done this 17th day of November, 2006.


          /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE