IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSIE HOMES, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv958-MHT |
| | ) |
| GREIL HOSPITAL, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before December 27, 2006, the respondents shall show cause why they have failed to file a response in compliance with the order entered on October 26, 2006, and shall file an answer in accordance with the directives of the order entered on October 26, 2006. The respondents are hereby advised that absent extraordinary circumstances, no additional time will be granted for the filing of their answer.

The clerk is DIRECTED to provide a copy of the petition and this order to the Attorney General for the State of Alabama, General Counsel for the Alabama Department of Mental Health, Allen Stewart, the Director of Greil Hospital, and John Houston, the Commissioner of the Alabama Department of Mental Health and Mental Retardation.

Done this 13th day of December, 2006.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE