IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSIE HOLMES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv958-MHT |
| | ) |
| GREIL HOSPITAL, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On January 29, 2007 (doc. no. 15), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED, the petition for habeas corpus relief be and is hereby DENIED, and that this case be and is hereby DISMISSED without prejudice to afford the petitioner an opportunity to exhaust all state court remedies available to him.

Done this the 21st day of February 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE